**Opinion issued December 23, 2025**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-25-01042-CV

———————————

### IN RE JEFFERY-JAMES DENNIS, Relator

---

**Original Proceeding on Petition for Writ of Mandamus**

---

### MEMORANDUM OPINION

On December 5, 2025, relator Jeffrey-James Dennis filed a petition for writ of mandamus (1) seeking to compel the trial court to "rule on tender" and (2) challenging an order signed on May 10, 2025, granting Federal National Mortgage

Association's motion to dismiss.[1] We deny the petition. Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Caughey, and Dokupil.

---

[1] The underlying case is *Jeffrey-James Dennis v. Rocket Mortgage LLC, Fannie Mae, MERSCORP Holdings, Inc., et al.*, cause number 2024-29392, pending in the 164th District Court of Harris County, Texas, the Honorable C. Elliot Thornton presiding.